1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARMANDO MORENO-NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-09-344-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ARMANDO MORENO-NUNEZ, ) | |
| ) | Date: July 26, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARMANDO MORENO-NUNEZ, that the status conference hearing date of July 12, 2010 be vacated, and the matter be set for status conference on July 26, 2010 at 8:30 a.m.

The reason for this continuance is that defense counsel has been out of the jurisdiction from June 20 until July 6 (except for one and a half days) for a medical emergency of a family member and has not had sufficient time to review the PSR and plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including July 26, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 8, 2010.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Designated Counsel for Service
                                        Attorney for Armando Moreno-Nunez


DATED: July 8, 2010.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 12, 2010, status conference hearing be continued to July 26, 2010, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

is ordered that time up to and including the July 26, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and to ensure continuity of counsel.

Dated:  July 8, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE